IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01506-MSK-MJW

REBECCA M. MONDRAGON,

    Plaintiff-Appellant

v.

JO ANNE BARNHART, Comissioner of Social Security,

    Defendant- Appellee.

_____

**ORDER REMANDING ACTION**
_____

**PURSUANT TO** the Mandate of the United States Court of Appeals for the 10th Circuit, this case is **REMANDED** to the Social Security Adminstration for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The matter shall be remanded to the Social Security Appeals Council for entry of a partially favorable decision on the September 10, 1996 disability insurance benefits application with an established disability onset date of November 15, 1997. The Social Security Appeals Council shall further remand the case to an adminstrative law judge to determine the effect, if any, the case record developed in connection with the March 21, 2000

disability insurance benefits application may have on the issue of disability for the period on or before November 14, 1997, and for any additional proceedings the adminstrative law judge finds necessary in light of those new findings. The Clerk of the Court shall close this case.

Dated this 1st day of July, 2005

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge