IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-1506-MSK-MJW

Rebecca M. Mondragon

    Plaintiff,

v.

Jo Anne B. Barnhart,
*Commissioner of Social Security*,

    Defendants.

___

**ORDER DENYING JOINT MOTION FOR ATTORNEY'S FEES UNDER EAJA**
___

    **THIS MATTER** comes before the Court pursuant to the Joint Motion for Attorney's Fees under EAJA **(#41)**.

    The parties did not submit a submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. An act which is required by D.C. Colo. ECF Proc. V.L.2. Accordingly, the Motion is **DENIED** without prejudice.

    Dated this 23rd day of August, 2005

                                    **BY THE COURT:**

                                      *Marcia S. Krieger*
                                    _____

                                              Marcia S. Krieger
                                              United States District Judge