IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-1506-MSK-MJW

Rebecca M. Mondragon

       Plaintiff,

v.

Jo Anne B. Barnhart,
*Commissioner of Social Security*,

       Defendants.

___

**ORDER**
___

      The matter before the Court is Joint Motion For Attorney's Fees Under EAJA filed August 19, 2005. The parties have agreed to pay the sum of $7,500.00 for attorney Frederick W. Newall's fees pursuant to 28 U.S.C. §2412(d). Accordingly, the Joint Motion for Attorney Fees Under EAJA is **GRANTED.** In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of $7,500.00 to the Plaintiff's attorney in care of the Plaintiff.

DATED this 25th day of August.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge